Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19623−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David S. Waller
8900 Boulevard E
Apt 4Ds
North Bergen, NJ 07047−7068

Social Security No.:
xxx−xx−1138

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on May 22, 2018 and a confirmation hearing on such Plan has been scheduled for July 18, 2018.

The debtor filed a Modified Plan on June 11, 2018 and a confirmation hearing on the Modified Plan is scheduled for July 18, 2018. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 12, 2018
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-19623-RG
David S. Waller                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 12, 2018
                              Form ID: 186             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
```
db              David S. Waller,    8900 Boulevard E,    Apt 4Ds,    North Bergen, NJ  07047-7068
517525185      +American Express,    Po Box 981537,    El Paso, TX 79998-1537
517525186      +Bank Of America,    PO Box 5170,    Simi Valley, CA 93062-5170
517583794      +Barclay Bank,    125 So West St,    Wilmington, DE 19801-5014
517525189     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,     8725 W Sahara Ave,    The Lakes, NV  89163)
517525187     #+Capital One Bank,    11 Ackerman Ave,    Clifton, NJ 07011-1501
517525188      +Chase,   PO Box 15153,    Wilmington, DE 19886-5153
517583796      +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
517525191      +Milstead & Associates, Llc,    1 E. Stow Road,    Marlton, NJ 08053-3118
517583798       Rosen Terrace, Inc,    155 Riverside Dr,    New York, NY 10024-2219
517583799      +Select Portfolio,    3815 S. West Temple St, Suite 2000,    Salt Lake City, UT 84115-4412
517583800      +Shellpoint,    55 Beattie Place, Suite 500,    Greenville, SC 29601-5116
517583801     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     5005 N River Blvd NE,
                 Cedar Rapids, IA 52411)
517559119      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2018 22:41:00     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2018 22:40:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 22:44:28
                 Synchrony Bank, c/o PRA Receivables Management, LL,     POB 41021,    Norfolk, VA 23541-1021
517583795      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2018 22:44:46      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517525190       E-mail/Text: mrdiscen@discover.com Jun 12 2018 22:40:28      Discover,    Po Box 15316,
                 Wilmington, DE  19850
517583797      +E-mail/Text: bkr@cardworks.com Jun 12 2018 22:40:24      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
517525192      +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 22:44:27      Syncb,    Po Box 965036,
                 Orlando, FL 32896-5036
517526008      +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 22:44:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2018
                              Form ID: 186             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
          Benjamin Jamie Ginter   on behalf of Debtor David S. Waller gintr316@aol.com
          Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Sean M. O'Brien   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of Multi-Class Mortgage Pass-Thr sobrien@flwlaw.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 7