Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−19623−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    David S. Waller
    8900 Boulevard E
    Apt 4Ds
    North Bergen, NJ 07047−7068

Social Security No.:
    xxx−xx−1138

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/27/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 30, 2018
JAN: rah

        Jeanne Naughton
        Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 18-19623-RG
David S. Waller                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2          Date Rcvd: Jul 30, 2018
                              Form ID: 148               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db             David S. Waller,    8900 Boulevard E,    Apt 4Ds,    North Bergen, NJ   07047-7068
cr            +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     c/o Stern & Eisenberg, PC,
                1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
517653268      BANK OF NEW YORK AS TRUSTEE FOR CWALT 2006-OC7,     c/0 PO Box 10826,    Greenville SC 29603-0826
517525187     #+Capital One Bank,    11 Ackerman Ave,    Clifton, NJ 07011-1501
517630907      Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA   98083-0657
517525191     +Milstead & Associates, Llc,    1 E. Stow Road,    Marlton, NJ 08053-3118
517583798      Rosen Terrace, Inc,    155 Riverside Dr,    New York, NY 10024-2219
517583799     +Select Portfolio,    3815 S. West Temple St, Suite 2000,     Salt Lake City, UT 84115-4412
517583800     +Shellpoint,    55 Beattie Place, Suite 500,    Greenville, SC 29601-5116
517559119     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
                Addison, Texas 75001-9013
517637377     +U.S. Bank National Association, Trustee,     for the RMAC Trust, Series 2016-CTT,
                c/o Rushmore Loan Management Services,     PO Box 52708,    Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2018 00:09:30      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2018 00:09:25      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Jul 31 2018 03:43:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                POB 41021,   Norfolk, VA 23541-1021
517525185     +EDI: AMEREXPR.COM Jul 31 2018 03:43:00      American Express,    Po Box 981537,
                El Paso, TX 79998-1537
517525186     +EDI: BANKAMER.COM Jul 31 2018 03:43:00      Bank Of America,    PO Box 5170,
                Simi Valley, CA 93062-5170
517583794     +EDI: TSYS2.COM Jul 31 2018 03:43:00      Barclay Bank,   125 So West St,
                Wilmington, DE 19801-5014
517525189      EDI: CITICORP.COM Jul 31 2018 03:43:00      Citi Cards,   8725 W Sahara Ave,
                The Lakes, NV  89163
517583795     +EDI: CAPITALONE.COM Jul 31 2018 03:43:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
517525188     +EDI: CHASE.COM Jul 31 2018 03:43:00      Chase,   PO Box 15153,    Wilmington, DE 19886-5153
517525190      EDI: DISCOVER.COM Jul 31 2018 03:43:00      Discover,   Po Box 15316,    Wilmington, DE  19850
517583796     +EDI: CITICORP.COM Jul 31 2018 03:43:00      Home Depot,    PO Box 6497,
                Sioux Falls, SD 57117-6497
517639604      EDI: MERRICKBANK.COM Jul 31 2018 03:43:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
517583797     +EDI: MERRICKBANK.COM Jul 31 2018 03:43:00      Merrick Bank,    PO Box 9201,
                Old Bethpage, NY 11804-9001
517636427     +EDI: MID8.COM Jul 31 2018 03:43:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
517610135      EDI: Q3G.COM Jul 31 2018 03:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
517525192     +EDI: RMSC.COM Jul 31 2018 03:43:00      Syncb,   Po Box 965036,    Orlando, FL 32896-5036
517526008     +EDI: RMSC.COM Jul 31 2018 03:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517583801      EDI: TFSR.COM Jul 31 2018 03:43:00      Toyota Motor Credit,    5005 N River Blvd NE,
                Cedar Rapids, IA 52411
517654109      E-mail/Text: jennifer.chacon@spservicing.com Jul 31 2018 00:10:20
                The Bank of New York Mellon Trust Company,,    c/o Select Portfolio Servicing Inc.,
                PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 30, 2018
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:
```
              Benjamin Jamie Ginter    on behalf of Debtor David S. Waller gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Sean M. O'Brien    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., f/k/a
               The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the
               Certificateholders of Multi-Class Mortgage Pass-Thr sobrien@flwlaw.com
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-OC7 skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```